# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| A.W., <br><br> Plaintiff, <br><br> v. <br><br> NEBRASKA MEDICAL CENTER, a Nebraska non-profit corporation, and MARK DIETRICH, M.D., <br><br> Defendants. | Case No. 8:19-cv-342 <br><br> **MOTION TO DISMISS AMENDED COMPLAINT** |

Defendant, Nebraska Medical Center ("NMC"), pursuant to Fed. R. Civ. P. 12(b)(6), moves the Court for an order dismissing the Complaint for failure to state a claim upon which relief can be granted.  Plaintiff's claim for punitive damages, and her claim that NMC is vicariously liable for the alleged intentionally tortious conduct of Mark Dietrich, M.D., should be dismissed as a matter of law.

Dated this 26th day of September, 2019.

> NEBRASKA MEDICAL CENTER, a Nebraska non-profit corporation, Defendant.
>
> By: s/Steven D. Davidson
> Steven D. Davidson (#18684)
> of: BAIRD HOLM LLP
> 1500 Woodmen Tower
> Omaha, Nebraska 68102
> (402) 344-0500
> Its Attorneys

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 26, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Maren Lynn Chaloupka
    mlc@chhsclaw.net

    Robert A. Mooney
    rmooney@sodorolaw.com

                                      s/Steven D. Davidson

DOCS/2346517.1