## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| A.W., <br><br> Plaintiff, <br><br> v. <br><br> NEBRASKA MEDICAL CENTER, a Nebraska non-profit corporation, and MARK DIETRICH, M.D., <br><br> Defendants. | Case No. 8:19-cv-342 <br><br> **JOINT MOTION TO DISMISS WITH PREJUDICE** |

In accordance with the settlement approved by the Court, the parties jointly move the Court to dismiss this action with prejudice, each party to pay their own costs and attorney fees.

Dated this 16th day of December, 2020.

      A.W., Plaintiff.

      By:/s/ Maren L. Chaloupka
       Maren L. Chaloupka - 20864
       CHALOUPKA, HOLYOKE LAW FIRM
       1714 Second Avenue
       P.O. Box 2424
       Scottsbluff, NE 69361
       Telephone: (308) 635-5000
       Fax: (308) 635-8000
       Email: mlc@chhsclaw.net

      And

      By:/s/ Ryan M. Sewell
       Ryan M. Sewell - 22476
       INSERRA, KELLEY LAW FIRM
       6790 Grover Street, Suite 200
       Omaha, NE 68160
       Telephone: (402)-391-4000
       Fax: (402) 391-4039
       Email: rsewell@inserra.com


      THE NEBRASKA MEDICAL CENTER, A Nebraska Corporation, Defendant.

      By:/s/ Steven D. Davidson
       Steven D. Davidson - 18684
       Baird Holm, LLP
       1700 Farnam Street, #1500
       Omaha, Nebraska 68102
       Telephone: (402) 344-0500
       Fax: (402) 344-0588
       Email: sdavidson@bairdholm.com

MARK DIETRICH, M.D., Defendant.

By:/s/ Robert A. Mooney
Robert A. Mooney - 21304
SODORO, MOONEY LAW FIRM
13924 Gold Circle
Omaha, NE 68144
Telephone: (402) 504-9346
Fax: (402) 932-1662
Email: rmooney@smlawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 16h day of December, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Maren Lynn Chaloupka
mlc@chhsclaw.net

Ryan M. Sewell
rsewell@inserra.com

Robert A. Mooney
rmooney@smllawoffice.com


/s/Steven D. Davidson

DOCS/2571372.1