IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| A. W.,<br><br>        Plaintiff,<br><br>v.<br><br>NEBRASKA MEDICAL CENTER, a Nebraska non-profit corporation; and M.D. MARK DIETRICH,<br><br>        Defendants. | 8:19-CV-342<br><br>**JUDGMENT** |

This matter is before the Court on the parties' Joint Motion to Dismiss with Prejudice. Filing 68. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice, each party to bear its own fees and costs.

Dated this 17th day of December, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1